

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
BIANCA R. PUCCI
RACHEL KENT
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
Rachel.Kent@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00777-VCF |
| Plaintiff, | |
| v. | **Government's Motion to Unseal the Instant Case** |
| JOHN GLEN BURNETT, | |
| Defendant. | |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Complaint filed under the instant case as the defendant made his initial appearance yesterday, October 4, 2021.

DATED this 5th day of October, 2021.

                    Respectfully,

                    CHRISTOPHER CHIOU
                    Acting United States Attorney

                    */s/ Bianca R. Pucci*
                    BIANCA R. PUCCI
                    RACHEL KENT
                    Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00777-VCF |
| Plaintiff, | |
| v. | **Order** |
| JOHN GLEN BURNETT, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 6th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2